UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MILFORD-BENNINGTON RAILROAD CO., INC. and PETER LEISHMAN,<br><br>Plaintiffs,<br><br>v.<br><br>PAN AM RAILWAYS, INC., BOSTON AND MAINE CORPORATION, and SPRINGFIELD TERMINAL RAILWAY COMPANY<br><br>Defendants. | Removed from Merrimack County Superior Court<br>Docket No. 10-CV-00369 |

## CORPORATE DISCLOSURE STATEMENTS OF PAN AM RAILWAYS, INC., BOSTON AND MAINE CORPORATION and SPRINGFIELD TERMINAL RAILWAY COMPANY

Pursuant to Rule 7.5(a) of the local Rules of the United States District Court for the District of New Hampshire, Defendants Pan Am Railways, Inc., Boston and Maine Corporation and Springfield Terminal Railway Company provides the following information:

A.   **PAN AM RAILWAYS, INC.**

1.   **Parent Corporations**.  Pan Am Railways, Inc. is a wholly owned subsidiary of Pan Am Systems, Inc.

2.   **Publicly Held Companies Owning Ten Percent (10%) or More of Stock**.  None.

3.   **Merger Agreements**.  Pan Am Railways, Inc. is not a party to any merger agreements with publicly held corporations at this time.

B. **BOSTON AND MAINE CORPORATION**

  1. **Parent Corporations**. Boston and Maine Corporation is a wholly owned subsidiary of Pan Am Railways, Inc.

  2. **Publicly Held Companies Owning Ten Percent (10%) or More of Stock**. None.

  3. **Merger Agreements**. Boston and Maine Corporation is not a party to any merger agreements with publicly held corporations at this time.

C. **SPRINGFIELD TERMINAL RAILWAY COMPANY**

  1. **Parent Corporations**. Springfield Terminal Railway Company is a wholly owned subsidiary of Pan Am Railways, Inc.

  2. **Publicly Held Companies Owning Ten Percent (10%) or More of Stock**. None.

  3. **Merger Agreements**. Springfield Terminal Railway Company is not a party to any merger agreements with publicly held corporations at this time.

Respectfully submitted,

PAN AM RAILWAYS, INC.,
BOSTON AND MAINE CORPORATION, and
SPRINGFIELD TERMINAL COMPANY

By their attorneys,

Dated: July 6, 2010

/s/ Christopher H.M. Carter
Christopher H.M. Carter (#12452)
James P. Ball (#19209)
Hinckley, Allen & Snyder LLP
11 South Main Street, Suite 400
Concord, NH 03301-4810
(603) 225-4334

3

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a copy of the foregoing to be served by first class mail upon Craig S. Donais, Esq., Donais Law Offices PLLC, 15A High Street, P.O. Box 1778, Manchester NH 03105-1778.

                                                  /s/ James P. Ball
                                                  James P. Ball