UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


<u>Milford-Bennington Railroad Inc., et al.</u>

   v.                                     Case No. 10-cv-264-PB

<u>Pan Am Railways, Inc., et al.</u>


<u>**O R D E R**</u>

On or before July 28, 2010, plaintiffs shall file a renewed motion for preliminary injunction and a supporting memorandum that, among other things, identifies the legal theories which plaintiffs claim are likely to succeed on the merits. Within 14 days after the motion is filed, defendants shall file an objection and a supporting memorandum that responds to the plaintiffs' arguments and provides the legal basis for their complete preemption claim. Within 14 days after the objection is filed, plaintiffs shall file a reply that responds to the defendants' preemption arguments. The clerk shall set a hearing on the motion for a date after the briefing schedule is complete.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 14, 2010

cc: Craig S. Donais, Esq.
Christopher H.M. Carter, Esq.
James P. Ball, Esq.