Page 1 of 4



*Donais Law Offices, PLLC*
**Craig S. Donais**
**Email Detail**

*Printed by: Craig S. Donais*

| | |
|---|---|
| Date: | Wed May 12, 2010 |
| Time: | 10:28 AM |
| From: | Burns,Robert - rburns@panamrailways.com |
| To: | Craig S. Donais - Craig.Donais@donaislaw.com |
| Cc: | PRLeishman@aol.com;brugmant@stb.dot.gov;Scarano, Cyndi;Culliford, Rob - PRLeishman@aol.com;brugmant@stb.dot.gov;cscarano@panamrailways.com;rculliford@panamrailways.com |
| Bcc: | - |
| Subject: | RE: Milford Bennington Railroad Company, Inc. - general corporate; |
| Urgent: | No |
| Associated File(s): | Milford Bennington Railroad Company, Inc. - general corporate - 797/1847 |
| Summary: | |

Craig:

The Transportation Dept. is presently awaiting the return of the transcript. Upon receipt, we will have a copy forwarded to you. Also, Transportation will burn a CD of the supplemental hearing and that too will be forwarded to you.

Best regards,

Bob

Robert
B. Burns

Corporate Counsel

Pan Am Railways

Craig:

The Transportation Dept. is presently awaiting the return of the transcript. Upon receipt, we will have a copy forwarded to you. Also, Transportation will burn a CD of the supplemental hearing and that too will be forwarded to you.

Best regards,

Bob

**Robert B. Burns**
Corporate Counsel
**Pan Am Railways**
1700 Iron Horse Park
No. Billerica, MA 01862
Ph: (978) 663-1215
Fx: (978) 663-1213
rburns@panamrailways.com

*Confidentiality Notice*
This message is being sent by or on behalf of an attorney. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.

**From:** Craig S. Donais [mailto:Craig.Donais@donaislaw.com]
**Sent:** Wednesday, May 12, 2010 8:58 AM
**To:** Burns,Robert
**Cc:** PRLeishman@aol.com; brugmant@stb.dot.gov
**Subject:** Milford Bennington Railroad Company, Inc. - general corporate;
**Importance:** High

Attorney Burns,

Please find attached correspondence relative to the Supplemental Hearing held on May 7, 2010.

Please confirm receipt of this document.

Craig

[x] Donais Law Office Logo 5425

Craig.Donais@DonaisLaw.com
DONAIS LAW OFFICES, PLLC
15A High Street | P.O. Box 1778 | Manchester, NH 03105-1778
t: (603) 624-7100 | f: (603) 624-7104 | www.DonaisLaw.com | Skype: CDonais

Admitted to practice in New Hampshire I Massachusetts I Connecticut

Business & Corporate I Trusts, Estate Planning & Probate Administration I Real Estate

NOTICE: THIS IS A PRIVILEGED, CONFIDENTIAL COMMUNICATION. The information contained in this electronic message is intended only for the above-named addressee. The contents of this electronic message are or may be protected by the attorney-client privilege, work-product doctrine, trade secret protections and all other applicable protections. If the reader of this message is not the intended recipient, this message serves as notice that any use, dissemination, distribution or reproduction of this communication is expressly prohibited. If you believe you have received this communication in error, please immediately notify DONAIS LAW OFFICES, PLLC at 603.624.7100.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.



*Sent via email to all recipients*

May 12, 2010

Robert B. Burns, Esq.
Corporate Counsel
Pan Am Railways
1700 Iron Horse Park
N. Billerica, MA 01862

RE: *Milford Bennington Railroad Company, Inc.*
*May 7, 2010 supplemental hearing at Pan Am Railways*
*Our file No.: 797/1847*

Dear Attorney Burns:

This letter is to follow up on my letter sent to you on May 10, 2010 requesting a copy of the transcript, audio file, and information related to the request for the supplemental hearing held on May 7, 2010.

It has come to my attention through my client that certain allegations have been made to the Suface Transportation Board relative to the conduct and demeanor of certain participants at the meeting, including my client, and its representative, Peter Leishman, and perhaps even myself. Without getting into the substance of those allegations, the representations I have learned about that meeting are markedly different than my immediate impressions and subsequent recollections of that hearing.

I am sure that you can appreciate that the audio file will be the most accurate reflection of the conduct and events at that hearing, and that a written transcript is an inferior substitute as it is merely a cold, static rendition of the words at the hearing, as transcribed by the transcriptionist. As a result, the transcription process is potentially subject to human error, and certainly removes the tone, inflection and demeanor of individual speakers during that hearing.

As Mr. George Thayer, the hearings examiner indicated during the hearing, there were no written rules for the hearing, and therefore, no specific basis to cite our request for

the audio file. Similarly, there is no specific rule related to a written transcript, but we understand that one will be provided. As there are no specific rules, it appears that the decision to produce or not produce this file will be merely one of preference by Pan Am Railways, rather than specific rule-based requirements.

It appears, based on these recent allegations, that the demeanor and conduct of certain individuals at this hearing will constitute evidence in future potential proceedings, and your client, Pan Am Railways is solely in possession, custody and control of this audio file. As a copy of the written transcript has not yet been provided, I presume that the electronic file has not yet been lost or destroyed. We are specifically requesting and demanding that this file be preserved as potential evidence in future matters, and that any subsequent loss, destruction or inability to locate and produce this recording could be perceived as spoliation of evidence in those future matters.

My client reiterates and emphasizes its request for the audio file of the supplemental hearing held on May 7, 2010 in the forenoon at Pan Am Railways corporate offices to be produced either in advance, or contemporaneous with, the transcript to be provided in this matter.

Please do not hesitate to contact me if there are any questions regarding this matter.

Very Truly Yours,

DONAIS LAW OFFICES, PLLC

*Craig S. Donais*

Craig S. Donais
Craig.Donais@DonaisLaw.com

cc: Peter Leishman, MBRX
    Tom Brugman, STB