# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

Milford. Bennington RR

Pan Am RR    **v.**

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

Case #  10 - CV 2010 SEP 29 PM 3: 07

# EXHIBITS

**OFFERED BY:** Defendant

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| A | 4/9/10. letter - nte of decision |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**USDCNH-25 (2-96)**