```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Milford-Bennington Railroad Co. et al

    v.                        Case No. 10-cv-264-PB

Pan Am Railways, Inc, et al

ORDER

Re: Document No. 22 and 23, Status Reports

Ruling: The status reports filed by both parties do not comply with the court's prior order. Within 14 days, the parties shall file a joint status report that: (1) describes the decision that was reached following the most recent hearing; (2) identifies the issues that remain to be resolved; and (3) proposes a case management plan for the resolution of remaining issues.

                                               /s/ Paul Barbadoro
                                             Paul Barbadoro
                                             U.S. District Judge

Date:  December 15, 2010

cc:   Counsel of Record