```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Milford-Bennington
Railroad Co., Inc., et al.**

    **v.**                              Case No. 10-cv-264-PB

**Pan Am Railways, Inc., et al.**

### O R D E R

The parties shall file a Joint Proposed Case Management Order that complies with the requirements of Fed. R. Civ. P. 26(f) on or before January 15, 2011.

SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

December 28, 2010

cc:  Craig S. Donais, Esq.
     Christopher H.M. Carter, Esq.
     James P. Ball, Esq.
     Michael J. Connolly, Esq.