```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Milford-Bennington Railroad Co, et al.**

     **v.**                      Case No. 10-cv-264-PB

**Pan Am Railways, Inc., et al**.


### O R D E R

The motion for preliminary injunction (Doc. No. 35) is denied without prejudice. The court intends to set an expedited trial date and consolidate the preliminary injunction hearing with a trial on the merits.

The parties shall meet, confer, and file a revised discovery plan proposing a date for an expedited trial and the resolution of preliminary injunction issues. The plan shall also propose new dates for the filing of dispositive motions, the completion of discovery, and the disclosure of experts.

SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

April 7, 2011

cc:  Craig Donais, Esq.
     Kevin Verge, Esq.
     Christopher H.M Carter, Esq.
     Michael Connolly, Esq.