UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MILFORD-BENNINGTON RAILROAD CO., INC.<br>             Plaintiff,<br>v.<br><br>PAN AM RAILWAYS, INC.,<br>BOSTON AND MAINE CORPORATION, and<br>SPRINGFIELD TERMINAL RAILWAY COMPANY<br>             Defendants. | Docket No. 1:10-cv-00264-PB |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to FED. R. CIV. P. 30(b), counsel for Plaintiff, Milford Bennington Railroad Co. Inc., will take the deposition of David A. Fink on Wednesday, October 5, 2011 at 9:00 am. The deposition will be taken before a Notary Public of officer authorized by law to administer oaths at DONAIS LAW OFFICES, PLLC, 15A High Street, Manchester, NH 03101. The deposition will continue day to day until completed. Stenographic services will be provided by Avicore Reporting.

You are invited to attend and cross-examine.

Dated at Manchester NH this 20th day of September, 2011.

                          Respectfully submitted,

                          MILFORD-BENNINGTON RAILROAD CO., INC.

                          By its attorneys,

Dated: September 20, 2011

                          Craig S. Donais, Esq.
                          Donais Law Offices, PLLC
                          15A High Street
                          PO Box 1778
                          Manchester, NH 03105-1778
                          (603) 624-7100   craig.donais@donaislaw.com