# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MILFORD-BENNINGTON RAILROAD CO., INC.<br>    Plaintiff,<br>v.<br><br>PAN AM RAILWAYS, INC.,<br>BOSTON AND MAINE CORPORATION, and<br>SPRINGFIELD TERMINAL RAILWAY COMPANY<br>    Defendants. | Docket No. 1:10-cv-00264-PB |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b), counsel for Plaintiff, Milford Bennington Railroad Co. Inc., will take the deposition of Corey Lynch on Wednesday, October 5, 2011 at 10:00 am. The deposition will be taken before a Notary Public of officer authorized by law to administer oaths at Donais Law Offices, PLLC, 15A High Street, Manchester, NH 03101. The deposition will continue day to day until completed. Stenographic services will be provided by Avicore Reporting.

 You are invited to attend and cross-examine.

Dated at Manchester, NH this 28th day of September, 2011.

            Respectfully submitted,

            Milford-Bennington Railroad Co., Inc.
            Peter R. Leishman, President
            By their attorneys,

Dated: 09/28/11       /s/ Craig S. Donais
            Craig S. Donais, Esq.
            DONAIS LAW OFFICES, PLLC
            15A High Street
            P.O. Box 1778
            Manchester, NH  03105-1778
            (603) 624-7100
            craig.donais@donaislaw.com