UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MILFORD-BENNINGTON RAILROAD CO., INC. </br></br> Plaintiff, </br> v. </br></br> PAN AM RAILWAYS, INC., </br> BOSTON AND MAINE CORPORATION, and </br> SPRINGFIELD TERMINAL RAILWAY COMPANY </br></br> Defendants. | **Docket No. 1:10-cv-00264-PB** |

**ASSENTED-TO STIPULATION TO
CONDUCT THE DEPOSITION OF DAVID A. FINK
AFTER THE DISCOVERY COMPLETION DATE**

NOW COMES the Plaintiff Milford-Bennington Railroad Co., Inc., by and through counsel DONAIS LAW OFFICES, PLLC, and requests that this Honorable Court's approve the following stipulation:

1. On September 20, 2011, the Plaintiff issued a Notice of Deposition for David A. Fink.[1]

2. Counsel for both the Plaintiff and the Defendants have agreed to conduct that deposition on Friday, October 21, 2011.

3. Because discovery in this matter was scheduled to be completed by September 30, 2011, pursuant to Local Rule 16.4(b), the Plaintiff seeks this Court's leave to conduct that deposition after the close of discovery.

4. Counsel for the Defendants assent to this pleading.

---

[1] The "David A. Fink" referenced in this Stipulation is the father of the current president of Pan Am.

1

5. Due to the nature of this pleading, no corresponding memorandum of law is attached.

WHEREFORE, the Plaintiff hereby requests that this Honorable Court:

A. Grant leave for the Plaintiff to conduct the Deposition of David A. Fink on Friday, October 21, 2011; and

B. Grant such other and further relief as dictated by justice and equity.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | Milford-Bennington Railroad Co., Inc.<br>By its attorneys, |
| Dated: 10/17/2011 | /s/ Craig S. Donais<br>Craig S. Donais, Esq.<br>DONAIS LAW OFFICES, PLLC<br>15A High Street<br>P.O. Box 1778<br>Manchester, NH  03105-1778<br>(603) 624-7100<br>craig.donais@donaislaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this date via the Court's Electronic Case Filing (ECF) system upon all parties.

 /s/ Craig S. Donais
Craig S. Donais