# United States Court of Appeals
## For the First Circuit

No. 12-1031

MILFORD-BENNINGTON RAILROAD CO.,INC.,

Plaintiff, Appellant,

PETER LEISHMAN,

Plaintiff,

v.

PAN AM RAILWAYS, INC.; BOSTON AND MAINE CORPORATION;
SPRINGFIELD TERMINAL RAILWAY COMPANY,

Defendants, Appellees.

**JUDGMENT**

Entered:  September 25, 2012

    This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc: Mr. Carter, Mr. Connolly, Mr. Donais, Ms. Jordan-Price, Mr. Pasakarnis & Mr. Watkins.