# United States Court of Appeals
## For the First Circuit

---

No. 12-1031

MILFORD-BENNINGTON RAILROAD CO., INC.

Plaintiff - Appellant

PETER LEISHMAN

Plaintiff

v.

PAN AM RAILWAYS, INC.; BOSTON AND MAINE CORPORATION;
SPRINGFIELD TERMINAL RAILWAY COMPANY

Defendants - Appellees

---

**MANDATE**

Entered: November 16, 2012

In accordance with the judgment of September 25, 2012, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk



cc:
Christopher H.M. Carter
Michael J. Connolly
Craig S. Donais
Kelley A. Jordan-Price
Seth Michael Pasakarnis
Adam Francois Watkins